NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

10-708

STATE OF LOUISIANA

VERSUS

HENRY D. GILMORE

************
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 76325
HONORABLE JOHN C. FORD, DISTRICT JUDGE
************

BILLY H. EZELL
JUDGE

************

Court composed of Billy H. Ezell, Shannon J. Gremillion, and David E. Chatelain,* Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS OF THE DATE OF THIS DECISION.**

Hon. Asa Allen Skinner
District Attorney, 30th JDC
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
COUNSEL FOR APPELLEE:
    State of Louisiana

James Edward Beal
Louisiana Appellate Project
P.O. Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
COUNSEL FOR APPELLANT:
    Henry D. Gilmore

_____
    *Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Ezell, J.**

On December 2, 2009, the Defendant, Henry D. Gilmore, pled guilty to the offense of disturbing the peace, a violation of La.R.S. 14:103(A)(1). Pursuant to the plea agreement, the trial court sentenced the defendant to thirty days in the Vernon Parish jail. On March 26, 2010, the defendant filed a motion for appeal from the trial court's ruling, and the trial court granted the motion on April 6, 2010.

Thereafter, on June 17, 2010, this court issued a rule to show cause why the appeal should not be dismissed as not appealable. In response, the Defendant submitted a response in which he agreed that the appeal should be dismissed.[1]

The judgment at issue is not appealable. *See* La.Code Crim.P. art. 912.1. Accordingly, we hereby dismiss the Defendant's appeal. However, the Defendant may seek supervisory writs from the trial court's ruling. The Defendant is neither required to file notice of intent to seek writs nor obtain an order from the trial court setting a return date, as is generally required by Uniform Rules—Courts of Appeal, Rule 4-3. We construe the motion for appeal as timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS OF THE DATE OF THIS DECISION.**

---

[1]The response was due no later than July 7, 2010, but was not submitted until July 8, 2010.